UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DANIEL FILS-AIME,

                Plaintiff,

   -against-

POLICE OFFICER JOHN GRILL and CITY
OF NEW YORK,

               Defendants.
-----------------------------------------------------------x

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
14-CV-2610 (CBA) (LB)

**AMON, Chief United States District Judge:**

Currently before the Court is a Report and Recommendation ("R&R") issued by Magistrate Judge Lois Bloom, which recommends dismissing plaintiff Daniel Fils-Aime's case without prejudice because he appears to have abandoned the action. Two of Judge Bloom's orders were sent to Fils-Aime at the mailing address he provided in his complaint, and both were returned as undeliverable. (See D.E. # 6, 9.) Judge Bloom's R&R was also sent to the address on file but the mailing was, again, returned as undeliverable. (D.E. # 11.) Fils-Aime has not contacted the Court to update his current mailing address.

No party has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks and citation omitted).

1

The Court has reviewed the record and, finding no clear error, adopts the R&R as the opinion of the Court. Accordingly, the action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is directed to enter judgment accordingly.

SO ORDERED.

Dated: November 11, 2015  
       Brooklyn, New York

s/Carol Bagley Amon  
_____  
Carol Bagley Amon  
Chief United States District Judge